IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES A. GANN, )
    PLAINTIFF, )
VS. ) CV95-H-2793-S
STATE OF ALABAMA DEPARTMENT )
OF CORRECTIONS, ET AL., )
    DEFENDANTS. )

**ENTERED**

**MAR - 1 1996**

### MEMORANDUM OF DECISION

Pursuant to the February 7, 1996 order, the several pending motions seeking to dismiss this action are now under submission. Having considered those motions, together with the February 26, 1996 letter to the court from plaintiff (which does not contain a certificate of service) and the February 14, 1996 letter to the court from yet one additional attorney requested by Magistrate Judge Putnam to conduct a Rule 11 review of plaintiff's claim, the court is of the opinion that the complaint filed October 27, 1995, as amended November 24, 1995, fails to state a claim upon which relief may be granted and that this action should be dismissed. A separate order of dismissal will be entered.

DONE this 1st day of March, 1996.

UNITED STATES DISTRICT JUDGE

United States District Court
for the
Northern District of Alabama
March 1, 1996

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re: 2:95-cv-02793

True and correct copies of the attached were mailed by the clerk to the following:

    James A Gann
    1270 Rosewood Drive
    Mulga, AL  35118-9222

    Albert S Butler, Esq.
    ALABAMA DEPARTMENT OF CORRECTIONS LEGAL DIVISION
    1400 Lloyd Street
    PO Box 301501
    Montgomery, AL  36130-1501

    Mark W Lee, Esq.
    PARSONS LEE & JULIANO
    PO Box 371088
    Birmingham, AL  35237-1088

    John M Fraley, Esq.
    MCDANIEL HALL CONERLY & LUSK
    Financial Center, Suite 1400
    505 North 20th Street
    Birmingham, AL  35203

    Terry W Gloor, Esq.
    JOHNSTON CONWELL & GLOOR
    Two Chase Corporate Drive, Suite 120
    Birmingham, AL  35244-1015

    Jerry O Lorant, Esq.
    LORANT & ASSOCIATES
    2204 Lakeshore Drive, Suite 200
    Birmingham, AL  35209-6702

    Robert L Williams, Esq.
    SPAIN & GILLON
    Zinzer Building
    2117 2nd Avenue North
    Birmingham, AL  35203

    Sally Anne Broatch, Esq.
    SPAIN & GILLON
    Zinzer Building

2117 2nd Avenue N th
Birmingham, AL 35203